# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAR RICKS, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:21-cv-03788-CAP-CCB |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Tamar Ricks and Defendant Wells Fargo Bank, N.A., through their undersigned attorneys of record, and hereby give notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 25th day of August 2022.

*[SIGNATURES TO FOLLOW]*

<table>
<tr><td>

/s/ *Amanda M. Brookhuis*
Amanda Brookhuis
Georgia Bar No. 601396
The Kirby G. Smith Law Firm, LLC
4488 North Shallowford Road
Suite 105
Atlanta, Georgia 30338
Phone: (844) 454-7529
Fax: (877) 352-6253
amb@kirbygsmith.com

*Counsel for Plaintiff*

</td><td>

/s/ *Frederick T. Smith*
Frederick T. Smith
Georgia Bar No. 657575
fsmith@seyfarth.com
SEYFARTH SHAW LLP
121 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
Facsimile: (704) 559-2425

*Counsel for Defendant*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAR RICKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-cv-03788-CAP-CCB |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 25th day of August 2022.

　　　　　　　　　　　　　　　　THE KIRBY G. SMITH LAW FIRM, LLC

　　　　　　　　　　　　　　　　/s/Amanda M. Brookhuis
　　　　　　　　　　　　　　　　Amanda M. Brookhuis
　　　　　　　　　　　　　　　　Georgia Bar No. 601396
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

3.